# UNITED STATES BANKRUPTCY COURT

## Southern District Of California

In re: Leena Marjukka Hannonen

Leena M. Hannonen
a.k.a. Leena Hall
   Debtors name

Bk. Number: 18-4034-LT7

Leena M. Hannonen
a.k.a. Leena Hall,
Leslie T. Gladstone, Trustee
   Appellant's Name



v.

U.S. Bank National Association
as Trustee relating to Chevy Chase
Funding LLC Mortgage Backed
Certificates Series 2006-2
   Appellee's Name

BAP Number: SC-18-1270

## AMENDED DESIGNATION OR RECORD ON APPEAL OF

Leena M. Hannonen

Exhibit A

Exhibit C

Transcript

The documents you and the opposition filed attached to your last motion before the hearing 09/06/2018

Dated: October 18, 2018

All Rights Reserved:

s/ *[signature]*

Leena Hannonen, In pro per
P.O. Box 1896
Julian, California 92036

## CERTIFICATE OF SERVICE:

I certify that a copy of this statement of issues on appeal was served,

by mail on the persons listed below:

Clerk of the Court
U.S. Bankruptcy Court
325 West F. Street
San Diego, California 92101

Megan E. Lees, SBN 277805
Robert P. Zahradka SBN 282706
1230 Columbia Street, Suite 680
San Diego, Ca. 92101

Clerk of the United States Bankruptcy
Appellate Panel of the Ninth Circuit,
Richard H. Chambers Court of Appeals Building,
125 South Grand Avenue,
Pasadena, California 91105.

Name Address Date Served

Sign your name: _Leena Hannonen_ date 10/18/2018

Print your name: _LEENA HANNONEN_

# CM/ECF

Query    Reports ▾    Utilities ▾    Creditor    Help    Log Out

| Date | Doc # | Description |
|---|---|---|
| 07/31/2018 | 11 (1 pg) | Financial Management Certificate of Education for Debtor filed by provider. (related documents 6 Notice of Chapter 7 Bankruptcy Case & Meeting of Creditors) (Winach, Benjamin) (Entered: 07/31/2018) |
| 08/01/2018 | 12 (2 pgs) | Certificate of Debtor Education Certification About a Financial Management Course 423 filed by Robert E. Krysak on behalf of Leena Marjukka Hannonen. (Krysak, Robert) (Entered: 08/01/2018) |
| 08/07/2018 | 13 (57 pgs; 6 docs) | Motion for Relief from Stay, RS # RPZ-1 Fee Amount $ 181.00 filed by Robert Zahradka on behalf of U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 (Attachments: # 1 Declaration # 2 Exhibit A to Declaration # 3 Exhibit B to Declaration # 4 Exhibit C to Declaration # 5 Exhibit D to Declaration) (Zahradka, Robert) (Entered: 08/07/2018) |
| 08/07/2018 | 14 (2 pgs) | Notice of Filing of a Motion for Relief from Automatic Stay RS # RPZ-1. filed by Robert Zahradka on behalf of U.S. Bank National Association, as Trustee relating to the Chase Funding LLC Mortgage Backed Certificates Series 2006-2. Notice Served On 8/7/2018. Request for Hearing & Opposition due on 08/20/2018 unless an objector is entitled to additional time under FRBP 9006. (related documents 13 Motion for Relief from Stay) (Zahradka, Robert) (Entered: 08/07/2018) |
| 08/07/2018 | 15 | Receipt of Motion for Relief from Stay( 18-04034-LT7) [motion,185] ( 181.00) Filing Fee. Fee Amount 181.00 Receipt number A14204958 (re: Doc# 13); (U.S. Treasury) (Entered: 08/07/2018) |
| 08/09/2018 | 16 (3 pgs; 2 docs) | *Trustee's* Notice of Proposed Abandonment of Property. re: 3252 Pine Hills Road, Julian, California 92036, filed by Leslie T. Gladstone. (Gladstone, Leslie) (Entered: 08/09/2018) |
| 08/09/2018 | 18 | Court Notice Served On: 08/12/2018. Opposition due on 09/04/2018 unless an objector is entitled to additional time under FRBP 9006. (related document 17 Notice of Proposed Abandonment of Property) Notice Date 08/12/2018. (Admin.) (Entered: 08/12/2018) |
| 08/10/2018 | 17 (3 pgs) | BNC Court Certificate of Notice. (related documents 16 Notice of Proposed Abandonment of Property) Notice Date 08/12/2018. (Admin.) (Entered: 08/12/2018) |
| 08/13/2018 | 19 | Trustee's Initial Report & 341 Meeting Held and Concluded. filed by Leslie T. Gladstone. (related documents 6 Notice of Chapter 7 Bankruptcy Case & Meeting of Creditors) (Gladstone, Leslie) (Entered: 08/13/2018) |
| 08/13/2018 | 20 (3 pgs) | Correspondence Re: from HUD (Li, J.) (Entered: 08/13/2018) |
| 08/17/2018 | 21 (11 pgs) | Opposition to Motion for Relief from Automatic Stay RS # RPZ-1 filed by Leena Marjukka Hannonen . (related documents 13 Motion for Relief from Stay) (Li, J.) (Entered: 08/20/2018) |
| 08/17/2018 | 22 (3 pgs) | Request for Hearing on Motion For Relief from Automatic Stay RS # RPZ-1 by U.S.National Bank , and Notice of Hearing with Certificate of Service filed by Leena Marjukka Hannonen . HEARING Scheduled for 9/6/2018 at 10:00 AM at Courtroom 3, Room 129, Weinberger Courthouse . (related documents 13 Motion for Relief from Stay) (Li, J.) (Entered: 08/20/2018) |